*Unanimoufly abated.* (1)

———◆———

## Dom. Rex *verf.* Mangent.

### *Life & Death.*

THIS Caufe held from 10 in the Morning to 8
at Night, during which Time neither Judges
or

or Jury departed.    It turned chiefly on Matters of
Fact; and the Arguments too prolix to give even a
Summary.    The Indictment was for MURTHER of
a bastard Child. (1)

The Authorities on Behalf of the Prisoner were
as follows: 2 H. P. C. p. 438, ch. 46, § 43, Tit.
Evid.   1 & 2 Wm. & Mary, 2 H. P. C. 15 ch.
p. 104, 105, § 61, p. 118.    H. P. C. 428, Evid.
§ 5, 431.   1 Inst. 373.    1 Salk. 123.    1 Bac.
310, Bastardy.    Kelyng, 32, an Authority much
enlarged and insisted on.

No Authorities produced on behalf of the King.

N. B.    It was ruled in this Cause, that a Certi-
ficate from a Minister in another Government, of
the Marriage of two Persons, might be admitted to
prove the Marriage, though the Certificate was with-
out any Authentication from any Magistrate.    The
Reason for this Admission was, that this Court had
no Power to compell any one in another Province
to give Evidence in a Cause pending before this
Court.    In England it is otherwise, for a Latitat
issues in similar Cases from the King's Bench.
However, the Ch. Justice *seemed* to doubt.

Vid. Voltaire's Com. on y* Essays on Crimes, &c. p. 1st.

_____

(1) It appears by the record that the prisoner was acquitted, the attor-
ney general having agreed that she might give marriage in evidence,
" tho' she answers to an indictment wherein she has the addition of
spinster given her."

*Margin note:*

1765.
DOM. REX
*v.*
MANGENT.

without any
Authentica-
tion from a
Magistrate.